In the Matter of LEO J. ROSETT et al., Appellants, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued October 25, 1946; decided October 25, 1946.

*Copal Mintz* for appellants.

*Louis J. Lefkowitz* for Howard Henig, respondent.

*Murray I. Gurfein* for Lester Baum and another, *amici curiæ.*

Order affirmed, without costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.